DISTRICT COURT OF APPEAL OF FLORIDA
SECOND DISTRICT

_____

DENISE LEE JOHNSON,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

No. 2D2025-2489

_____

March 11, 2026

Appeal pursuant to Fla. R. App. P. 9.141(b)(2) from the Circuit Court for Manatee County; Teresa Kaklis Dees, Judge.


PER CURIAM.

Affirmed.

KELLY, VILLANTI, and ATKINSON, JJ., Concur.


_____


Opinion subject to revision prior to official publication.